UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

INTERNATIONAL UNION, UNITED                                             PLAINTIFFS
AUTOMOBILE, AEROSPACE AND
AGRCIULTURAL IMPLEMENT
WORKERS OF AMERICA, AFL-CIO
AND UAW LOCAL 716

v.                           NO. 2:17-CV-2219

TRANE U.S. INC.                                                          DEFENDANT

## JUDGMENT

Pursuant to the order (Doc. 29) entered in this case on September 6, 2018, this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 25th day of September, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE