UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, AFL-CIO; and UAW LOCAL 716 | | PLAINTIFFS |
| v. | No. 2:17-CV-02219 | |
| TRANE U.S. INC. | | DEFENDANT |

## ORDER

On remand from the U.S. Court of Appeals for the Eighth Circuit and following consultation with the parties, it is ORDERED that Plaintiffs' Motion to Compel Arbitration is GRANTED IN PART and DENIED IN PART. Plaintiffs' motion to compel arbitration of Grievance # 17-010, Exhibit C to Plaintiffs' Complaint (Doc. 1-3), is GRANTED. Plaintiffs' motion to compel arbitration of Grievance # 17-009, Exhibit E to Plaintiffs' Complaint (Doc. 1-5), is DENIED, and that claim is DISMISSED WITH PREJUDICE. Judgment will be entered accordingly. Each party is responsible for its own fees and costs.

IT IS SO ORDERED this 6th day of March, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE