UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, AFL-CIO; and UAW LOCAL 716 | | PLAINTIFFS |
| v. | No. 2:17-CV-02219 | |
| TRANE U.S. INC. | | DEFENDANT |

## JUDGMENT

Pursuant to the order entered in this case on this date, judgment for Plaintiffs is entered on their claim for arbitration of Grievance # 17-010. Judgment for Defendant is entered on Plaintiffs' claim for arbitration of Grievance # 17-009, and that claim is dismissed with prejudice.

IT IS SO ADJUDGED this 6th day of March, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE